UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-12015-RGS

ANTHONY ENOS,

V.

SOCIAL SECURITY ADMINISTRATION, ET AL.

MEMORANDUM AND ORDER FOR DISMISSAL

December 28, 2011

STEARNS, D.J.

On November 10, 2011, plaintiff Anthony Enos ("Enos") filed a skeletal civil Complaint against the Social Security Administration and the Massachusetts Department of Industrial Accidents. On November 18, 2011, this court issued a Memorandum and Order (Docket No. 4) directing Enos to file, within 35 days, an Amended Complaint comporting with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and setting forth a basis for the jurisdiction of this court.

To date, Enos has failed to file an Amended Complaint as directed, and the time period for doing so has expired.

Accordingly, for the failure of Enos to comply with this court's directives, and for the substantive reasons set forth in the Memorandum and Order (Docket No. 4), it is hereby Ordered that this action is DISMISSED in its entirety.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE